UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

GREAT NORTHERN PAPER, INC.

Debtor

Chapter 7
Case No. 03-10048

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gary M. Growe, trustee of the above-styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in a truncated Summary of Trustee's Final Report and Applications for Compensation, attached hereto.

The complete Summary, Final Report, and all applications for compensation are available for inspection at the Office of the Clerk, at either the Portland address of 537 Congress Street, Portland, ME 04101 or the Bangor office at 202 Harlow Street, Bangor, ME 04401.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:00 a.m on October 24, 2017 at the United States Bankruptcy Court, 537 Congress Street, Portland, Maine 04101**.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Dated:      September 14, 2017            By:    /s/ GARY M. GROWE
                                                  Trustee

GARY M. GROWE
PO BOX 1930
BANGOR, ME 04402-1930
(207) 945-5608

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

GREAT NORTHERN PAPER, INC.

Debtor

Chapter 7
Case No. 03-10048

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 22,142,341.56 |
| and approved disbursements of | $ 20,505,489.60 |
| leaving a balance on hand of | $ 1,636,851.96 |
| **Balance on hand:** | **$ 1,636,851.96** |

Summary of creditors' claims by type:

| Type of Claim | Claims Asserted | Amount Allowed | Interim Payments | Proposed payments |
|---|---|---|---|---|
| SECURED | $13,719,851.39 | $13,719,851.39 | $13,719,851.39 | $0 |
| ADMIN CH. 7 | $6,153,444.89 | $6,153,444.89 | $6,052,187.75 | $101,257.14 |
| ADMIN CH. 11 | $317,744.10 | $317,513.42 | $257,802.06 | $59,711.36 |
| PRIORITY CLAIMS (Prepetition Wage Claims) | $4,256,479.15 | $4,256,479.15 | $313,220.15 | 1,475,883.46 |
| UNSECURED CLAIMS | $227,883,910.81 | $226,803,426.21 | $0 | $0 |
| TOTAL | $252,331,430.34 | $251,250,715.06 | $20,343,061.35 | $1,636,851.96 |