# Proceeding Minutes / Proceeding Memo

*Case #:* 03-10048    *Case Name:* Great Northern Paper, Inc.

*Set:* 10/24/2017 09:00 am    *Chapter:* 7    *Type:* bk    *Judge:* Peter G Cary

*matter* Doc# 2831 - TRUSTEE'S FINAL REPORT

---

Minute Entry re: (related document(s): [2831] Trustee's Final Report); Appearances: Gary M. Growe, Jeffrey T. Piampiano, Stephen Morrell. Trustee's Final Report is APPROVED; Order to enter. (MEP)